# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| VALERIE AMMONS, *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY ELDERCARE SERVICES, LLC, *d/b/a Lauderdale Community Living Center*, <br><br> Defendant. | No. 2:25-cv-2470-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed April 29, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal Without Prejudice (ECF No. 17), filed January 2, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 6, 2026
Date